**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:18CV-00552-RGJ**

**JAMES T. MILLER et al**                                                                             **PLAINTIFF**

**VS.**

**FIFTH THIRD BANK, INC.**                                                                             **DEFENDANT**

**ORDER FOR SETTLEMENT CONFERENCE**

A settlement conference in this action is set for **August 14, 2019 at 10:00 a.m.** Eastern Standard Time in Magistrate Judge Edwards' Chambers, Room 200, Gene Snyder U.S. Courthouse, 601 W. Broadway, Louisville, Kentucky, 40202. **Counsel are directed to review the entirety of this Order.**[1]

I. Confidential Settlement Statement

Each party shall submit a **confidential** settlement statement to the Magistrate Judge by e-mail to Ashley_henry@kywd.uscourts.gov at least seven (7) court days prior to the conference. The settlement statement shall contain:

(a) specific recitation of the facts;

(b) summary of the applicable law;

(c) discussion of strengths and weaknesses of the case;

(d) the party's position on settlement, including **a present settlement proposal** and a detailed calculation of damages; and

(e) a report of settlement efforts to date.

If not already part of the court file, copies of any critical agreements, business records, photographs, or other documents or exhibits shall be attached to the settlement statement.

---

[1] This Order amends and supersedes Magistrate Judge Edwards' prior standard "Order for Settlement Conference."

The settlement statement should not be lengthy but should contain enough information to be useful to the Magistrate Judge in analyzing the factual and legal issues of the case. The parties are directed to be **candid** in their statements as these statements **will be used exclusively by the Magistrate Judge** to prepare for and conduct the settlement conference. The settlement statement shall not be filed with the Clerk and copies of the statement shall not be provided to other parties in the case. A party's failure to timely submit its conference statement may result in the mediation being rescheduled, with the party responsible to bear all associated costs.

## II. Conference Participation

Lead counsel who will actually try the case must attend the conference in person. Each party, armed with full discretion, shall also attend in person. If a corporation or other collective entity is a party, a duly authorized party representative shall be present. The party representative must have **full settlement authority,** meaning he or she must be fully authorized to approve a settlement and must have authority to change the party's valuation of the case and settlement posture during the course of the conference. If a party representative has a limit, or "cap" on his or her authority, or requires telephone consultation with the corporate office, this requirement is not satisfied.[2] **Do not fail to bring your client/or a fully authorized client representative to the settlement conference.**

## III. Scheduling

Counsel should allow a *minimum* of four hours for the settlement conference. It is possible that the Magistrate Judge may be interrupted by short criminal hearings, but the

---

[2] *See, e.g., Holly v. UPS Supply Chain Solutions, Inc.*, 3:13-CV-980-DJH-CHL, DN 38 (W.D. Ky. Mar. 27, 2015) (Imposing sanctions for appearing at settlement donent conference with representative who had to "call the home office" to obtain variance from a predetermined cap on authority in violation of the settlement conference order.).

settlement conference will continue throughout the day until concluded. Requests to reschedule a previously-scheduled settlement conference must be made by written motion filed with the Court at least ten (10) days prior to the originally scheduled date, except in those rare instances that involve an unanticipated emergency. In such extraordinary circumstances, the affected counsel shall arrange with opposing counsel to contact Judge Edwards' case manager to immediately request a new date. The Magistrate Judge reserves sole discretion to determine whether circumstances justify rescheduling a previously chosen date.

## IV. Special Circumstances and *Ex Parte* Communications

If a party believes that special circumstances justify an exception to any part of this Order, counsel for that party must contact Judge Edwards' chambers by e-mail at Ashley_henry@kywd.uscourts.gov at least seven (7) days before the date of the scheduled conference. The Magistrate Judge will only grant an exception to this Order for extraordinary circumstances. No exception will be effective until it has been approved by the Court.

All counsel are advised that the Magistrate Judge may conduct ***ex parte* calls** in advance of the settlement conference regarding attendance at the conference, the party's valuation of the case, and other matters related to settlement only.

**IT IS SO ORDERED.**


Copies:	Counsel of Record