UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JAMES T. MILLER AND <br> CYNTHIA K. MILLER <br><br> PLAINTIFFS, <br><br> v. <br><br> FIFTH THIRD BANK <br><br> DEFENDANT. | ) <br> ) <br> ) <br> ) <br> ) CASE NO.  3:18-cv-552-RGJ <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1)(A)(ii) and (c), Plaintiff, James T. Miller and Cynthia K. Miller (hereinafter "Plaintiffs"), by counsel, and Defendant, Fifth Third Bank ("Fifth Third"), hereby jointly request that this Court dismiss all claims that were or could have been asserted by Plaintiffs in their Complaint against Fifth Third **WITH PREJUDICE**.  The parties shall bear their own costs and fees.

HAVING SEEN AND AGREED:

/s/ David W. Hemminger (with permission)
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle
Suite 100-C
Louisville, KY 40243
Hemmingerlawoffice@gmail.com
*Counsel for Plaintiffs*

/s/ J. Tanner Watkins
J. Tanner Watkins
Young-Eun Park
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Tel: (502) 540-2300
Fax: (502) 585-22078
tanner.watkins@dinsmore.com
young-eun.park@dinsmore.com
*Counsel for Defendant, Fifth Third Bank*